CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
July 09, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23-cr-024 |
| ) | |
| CHRISTOPHER MICHAEL ) | By:   Michael F. Urbanski |
| SULLIVAN, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

This matter was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a Report and Recommendation on June 10, 2024, recommending that defendant's plea of guilty be accepted. ECF No. 324. No objections to the Report and Recommendation have been filed, and the court is of the opinion that the Report and Recommendation should be adopted in its entirety.

Accordingly, **IT IS ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty is **ACCEPTED**, and defendant is adjudged **GUILTY** as to Count One of the Indictment. The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is **SO ORDERED.**

Entered: July 8, 2024

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Senior United States District Judge